■ Constantinos Garoufalis et al., Respondents, v John Theodore et al., Defendants, and Joseph W. Kelly, Appellant. — Appeal from an amended order of the Supreme Court at Special Term, entered December 13, 1979 in Essex County, which directed plaintiffs to serve a bill of particulars within 20 days after service of a copy of said amended order. Amended order affirmed, with costs. No opinion. Mahoney, P.J., Main, Mikoll, Yesawich, Jr., and Weiss, JJ., concur.